**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JULIE GORNEY | § | |
| | § | No. 9:21-CV-91-RC-KFG |
| v. | § | |
| | § | |
| ARS NATIONAL SERVICES, INC. | § | |
| | § | |

## ORDER FOR CLOSING PAPERS

Pursuant to 28 U.S.C. § 636 and the Local Rules for the Eastern District of Texas, the District Court referred this matter to the undersigned magistrate judge for pretrial management. Before the court is the parties' Joint Notice of Settlement. (Doc. #4). Accordingly, all remaining deadlines, trial settings, and pending motions are **TERMINATED.**  The parties are **ORDERED** to file closing papers within forty-five (45) days from the date of this order.  In the event that the parties are unable to finalize their settlement, the undersigned will reset the remaining deadlines.

**SIGNED this the 3rd day of June, 2021.**

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE